FILED
2015 Jan-07  PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE ANN HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:14-cv-1015-AKK** |
| **SAM'S EAST, INC., d/b/a SAM'S CLUB,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER OF DISMISSAL

Consistent with the parties' joint stipulation of dismissal, doc. 17, this case is **DISMISSED** with prejudice. Costs are taxed as paid.

**DONE** the 7th day of January, 2015.



**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE